NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON SMITH, DOC# T69473,  )
                           )
        Appellant,         )
                           )
v.                         )        Case No. 2D18-3130
                           )
STATE OF FLORIDA,          )
                           )
        Appellee.          )
_____)

Opinion filed April 26, 2019.

Appeal from the Circuit Court for
Hillsborough County; Christopher Sabella
Judge.

Jason Smith, Pro se.

Ashley Moody, Attorney General,
Tallahassee, and Peter Kolcanes, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


SILBERMAN, LUCAS AND SALARIO, JJ., Concur.